Lee Michael Harrison #72144066
v
Warden E. Carlton
FDC Miami
Federal Detention Center



FILED BY_____D.C.

MAR 19 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION FOR HABEAS CORPUS
## PURSUANT TO 28 USC SECTION 2241
## AND INJUNCTIVE RELIEF

Comes now the Petitioner Lee Michael Harrison filing pro se
files this motion pursuant to 28 USC Section 2241
and pleading for injunctive relief in support presents the following:

1. The Graveman of Petitioner motion for relief:

The Petitioner is being unlawfully detained in violation of the Constitution,
Laws of America and it's Treaties, as the Petitioner is being deprived 41 days of Good Time Credit,
as a result of Governmental misconduct.

### STATEMENT OF FACTS:

1. On September 2, 2020 the Petitioner was sentenced by the Disciplinary Hearing Officer to a loss of 41 days of Good Conduct Time. This is due to an incident that happened on July 17, 2020.

2. On the day of the incident the Petitioner was bribed by Lieutenant Andino of Special Investigative Services of FCI Miami to "take responsibility for the incident." Even though the report clearly states that the Petitioners cellmate had possession of the cell phone. As part and partial to the bribery Lieutenant Andino gave the Petitioner a envelope with 400 stamps as partial payment, which is a violation of BOP Program Statement 3420.09.

3. Over the next few weeks the Petitioner was told by Lieutenant Andino, Special Investigative Services Mela, and Case Manager Perez that the Disciplinary Hearing wouldn't even take place and not to worry.

4. Lieutenant Andino, Case manager Perez and two other members of Special Investigative Services have been suspended pending OIA and OIG investigation for government misconduct to the best of the Petitioners knowledge.

5. The Petitioner, would submit that he is being retaliated against. Making all attempts to exhaust the administrative remedies futile. (See Exhibit A,B,C,D)

6 The Petitioner will be released from BOP Custody on August 11, 2021. If the Court grants the Petitioners relief he will be released from BOP Custody on July 1, 2021.

### RELIEF SOUGHT

1. the Petitioner prays upon the court to reinstate his 41 days of Good Conduct Time and prays that the court grant injunctive relief for the Petitioner to remain at FDC Miami until the resolution of this proceeding.

### EXHIBITS

A. Inmate Request to Staff #1 To: Mrs. Garcia/Mrs. Lamb

B. Inmate Request to Staff #2 To: Unit Team/Colzie

C. Inmate Request to Staff #3 To: AW Broton/AW Colbert/Unit Team

D. Inmate Request To Staff #4 To: AW Broton/AW Colbert/Unit Team

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                     **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Mrs Garcia / Mrs Lamb | DATE: 1/11/21 |
|---|---|
| FROM: Lee Harrison | REGISTER NO.: 72144066 |
| WORK ASSIGNMENT: N/A | UNIT: ECHO |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Mrs Garcia: If I could just have 3 min of your time to answer some questions. On 11/30 and again on 12/9 I gave to you BP-9's.

As of today I have still not recieved my copies and or reciepts of service. This is clearly over the time frame in which to respond.

Please advise, if this is a denial of BP 9 please

Harrison

⭐ I am still waiting to hear on my request for additional time for law library. Thank you

(Do not write below this line)

DISPOSITION:

A strange situation has happened I need to speak in private ASAP.

Sent this to U/M Lamb for further

| Signature Staff Member | Date 01/14/2021 |
|---|---|

Record Copy - File; Copy - Inmate     This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)     and BP-S148.070 APR 94

#12

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) UNIT TEAM / COLZIE | DATE: 1/10/21 |
|---|---|
| FROM: LEE HARRISON | REGISTER NO.: 72144066 |
| WORK ASSIGNMENT: | UNIT: ECHO |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I AM REQUESTING LEGAL CALLS TO THE FOLLOWING

William Earley         405-609-5930        MR COLZIE -
Patrick _____       405-2__-3335        Additional on _____ 
Scott Bray             817-385-2071        AND PROPERTY

I WOULD ALSO LIKE TO SPEAK TO MY COUNSELOR MR COOK OR MRS GARDNER
IT HAS NOW BEEN OVER 90 DAYS SINCE I HAVE SEEN ANY ONE
FROM UNIT TEAM.
I AM ALSO REQUESTING TO SPEAK TO CMC.

(Do not write below this line)

DISPOSITION:

This request was sent via email to Mr. Colzie.

Signature Staff Member _____    Date 01/14/2021        #13

Record Copy - File; Copy - Inmate              This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)           and BP-S148.070 APR 94



PS 2 (3)

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member): MR BROWN / MR COLBERT / UNIT TEAM | DATE: 1/22/21 |
|---|---|
| FROM: LEE HARRISON | REGISTER NO.: 72144066 |
| WORK ASSIGNMENT: | UNIT: ECHO |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

1) MY ADDRESS TO BE CHANGED TO MY MOTHERS ADDRESS FOR RELEASE:
NANCY HARRISON (800-405-365-0881)
815 NW FLAGLER AVE #204
STUART, FL 34994

2) I AM ASKING FOR 6 MONTHS HALFWAY HOUSE OR TO BE RELEASED TO HOME CONFINMENT. I NEED HELP GETTING BACK IN MY FEET.

3) I AM ASKING FOR A DETAINER CHECK. MY 18th REQUEST.

4) MISTAKES ON MY CCF UPDATED AND FIXED WAS NEVER FIXED! TO BUSY HELPING PE15 2 OTHER THINGS

5) MY VISITATION TO BE APPROVED. MY 6th REQUEST

DISPOSITION:

6) MY PREVIOUS SHOT BE EXPUNGED AS PER YOUR CASE MANAGER AND LT ANDINO FOR TAKING A SHOT FOR MAJOR. LT PATENO AND THE DHO KNOW THE SITUATION.

OFFICIALLY REQUESTED
LEE MICHAEL HARRISON
72144066

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
PDF                     Prescribed by P5511

#17

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER

SECTION 6

Done w/ept S. Person to Team CEG
→ LAROCCO
4

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

TO: (Name and Title of Staff Member): AW BROTON / AW CULBERT / UNIT 1
DATE: 1/15/21
FROM: LEE HARRISON
REGISTER NO.: 72144064
WORK ASSIGNMENT: N/A
UNIT: ECHO

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

As of this notice I was placed into the SHU 90 days ago for doing your institutions dirty work. I was "approved by the FBI and SIS Ironically, 90 days to the date I received a substantial reduction in my sentence, for doing the exact same thing at another institution. At least there, their word meant something! I am hopeful at the 25th hour yours will as well. After numerous cop-outs, and two BP9s that have never been responded to, after denying my inmate lists and denying me my family, I don't have much hope that your words in red and the SIS offices mean anything. In case they do, I am only going to ask one more time, for the following. [crossed out] P.S 2

(Do not write below this line)

DISPOSITION:

These will Scanned and email to our Exec Staff @ FDC Miami for them to address.

Signature Staff Member: [signature]
Date: 01/15/2021

Record Copy - File; Copy - Inmate
PDF
Prescribed by P5811
This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

Pursuant to 28 USC section 1746 I declare under the penalty of perjury that the forgoing is true and correct and that this motion under 28 USC section 2241 was placed in the prison mail system on this ___14th day___ of March 2021

_____ 72144066
Petitioner

## Certificate of Service

I hereby certify that the foregoing petition for habeas corpus pursuant to 28 USC section 2241 was placed in the prison mailing system at FDC Miami and forwarded to the Clerk of Court with first class postage attached on this ___14th day___ of March 2021 at the below listed address.

FDC Miami
33 NE 4th St
Miami, Fl 33132

_____ 72144066
Petitioner

Cover Letter

Clerk of Court
401 N Miami
Miami, Fl 33132

RE: 28 Usc Section 2241

Dear Clerk,

      Enclosed please find 3 copies of my petition of habeas corpus for filing with this court. Also, enclosed for your convenience is a self addressed stamped envelope for return of a stamped filed copy to me.  Additionally, I ask that you serve Warden E. Carlton at FDC Miami with a copy of the same.  If there is a fee for such service or anything that is needed further, please do not hesitate to bring the same to my attention. Your assistance in this matter would be greatly appreciated. Thank you very much in advance for your help.

Lee Michael Harrison # 72144066
FDC Miami
Federal Detention Center
Miami, FL 33101



Legal Mail

Clerk of Court
Wilkie D Ferguson Jr
United States Courthouse
400 N Miami Ave

